**Order entered May 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00493-CV

### IN RE HIGHLAND CAPITAL MANAGEMENT, L.P., ET AL., Relators

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-04005**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relators' petition for writ of

mandamus. We **ORDER** that relators bear the costs of this original petition.

/s/ KERRY P. FITZGERALD
   JUSTICE